Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.

**No. 61173.**—Kolstrand Manufacturing Co. and Robert E. Landweer & Co., Inc., et al. v. United States, protests 279712–K, etc. (Seattle).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon fishing lines the same in all material respects as those the subject of *J. M. P. R. Trading Corp. et al.* v. *United States* (43 C. C. P. A. 1, C. A. D. 600), the claim of the plaintiffs was sustained.

**No. 61174.**—Baar & Beards, Inc., et al. v. United States, protests 272864–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk wearing apparel similar in all material respects to that the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 61175.**—Glensder Textile Corp. v. United States, protest 290161–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 61176.**—Glensder Textile Corp. *v.* United States, protests 292839–K, 292843–K, and 293721–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 61177.**—Frances Hirsch *v.* United States, protest 293666–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 61178.**—Keuffel & Esser Co. *v.* United States, protests 286315–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of drawing instrument cases similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

**No. 61179.**—Lian Bros., Inc. *v.* United States, protest 286798–K (New York).